# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 2:16-CR-0170
                              CHIEF JUDGE EDMUND A. SARGUS, JR.

STEVEN C. MOORE,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion to Revoke Detention Order pursuant to 18 U.S.C. § 3145(b). (ECF No. 14.) On November 4, 2016, Magistrate Judge Kemp found that the government had proved by clear and convincing evidence that Moore would be a danger to the community if released and ordered him detained pending trial. (ECF No. 10.) The Court held a hearing on December 6, 2016, at which Defendant, his counsel, and counsel for the government appeared. For the reasons stated in open court, Defendant's motion is **DENIED**. The decision of the Magistrate Judge requiring detention of the Defendant pending trial shall remain in full force and effect.

**IT IS SO ORDERED.**

12-6-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE